ARGUED AND DETERMINED IN

# THE SUPREME COURT

OF THE

## TERRITORY OF WYOMING.

### JULY TERM, 1871.—(OMITTED IN VOL. 1.)

---

### McLAUGHLIN v. VENINE.

ALTERATIONS IN WRITTEN INSTRUMENTS.—An alteration in a written instrument, whether for the payment of money or for other purposes, which does not affect the original design of the parties, either by enlarging or diminishing the obligation, however improper the alteration may be, does not invalidate the instrument, nor change the weight of the obligation.

APPEAL from the District Court of Laramie County.

The action was brought in the district court of Laramie County, at its March term, 1870, by Daniel McLaughlin, endorsee of a bill of exchange for one thousand dollars, drawn by Daniel Ullman in favor of E. W. Whitcomb and accepted by Joseph Venine; the bill afterwards passed into the hands of Posey S. Wilson, for negotiation, who made an alteration in the body of the instrument by inserting the words, " or bearer."

The case was tried in the district court without a jury, and judgment rendered in favor of the plaintiff, McLaughlin, for the full amount of his claim and costs.

*W. W. Corlett*, for appellant.

*Daniel McLaughlin*, for appellee.

FISHER, J.  An alteration in a written instrument, whether for the payment of money or for other purposes, which does not affect the original design of the parties, either by enlarging or diminishing the obligation, however improper the alteration may be, does not invalidate the instrument, nor change the weight of the obligation, 15 Pick., 242.   We do do not, therefore, find anything in the record which requires the interposition of an appellate court.   Without referring to the question of the application for a new trial we affirm the judgment of the district court.

Judgment affirmed.